

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**John M.J. MADEY, Plaintiff–Appellee,**

v.

**DUKE UNIVERSITY, Defendant– Appellant.**

**No. 02–1455.**

United States Court of Appeals, Federal Circuit.

Oct. 8, 2003.

**Diane B. GEROW, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 03–3256.**

United States Court of Appeals, Federal Circuit.

Sept. 25, 2003.

Before GAJARSA, LINN, and PROST, Circuit Judges.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R.36.